PROB 12B
(4/19)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Arturo Spencer　　　　　　　　　　　　　　　Cr.: 18-00486-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 4589123

Name of Sentencing Judicial Officer:　　THE HONORABLE MICHAEL A. SHIPP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/26/2019

Original Offense:　　Count One: Narcotics - Sell - Distribute - Or Dispense

Original Sentence: 18 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Life Skills Counseling, Other Condition, Support Dependents, Educational Services, Substance Abuse Testing

Type of Supervision: Supervised Release　　　　　Date Supervision Commenced: Subject is in custody

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

### SEARCH CONDITION

The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United State Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### CAUSE

The defendant has requested to live in the Middle District of Pennsylvania with his girlfriend in Harrisburg, Pennsylvania. The prerelease plan was investigated and approved by the probation office. As a condition of his relocation, the offender has agreed to the search condition as stated above.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　By: Edwin Vazquez /EV/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 03/09/2020

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

3/13/2020
_____
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**SEARCH CONDITION**

The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Witness: _____  Signed: _____
Patrick Griffiths                  Probationer or Supervised Releasee
Bureau of Prisons Case Manager     Arturo Spencer

2/28/20
Date

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 U.S.C. § 4004).